FILED
JUN 7 2023
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LINDA N. HAMILTON, aka "Nikki,"<br>K C VANOVER,<br>DAVID J. GUTHRIE, aka "Dave,"<br>ADAM STASEL,<br>NICOLAS L. WILLIAMS, aka "Nic," and<br>DONALD WOOD, aka "Donnie,"<br><br>Defendants. | Criminal No. 5:23-cr-43<br><br>Violations:  21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine)

During a period commencing on or about September 15, 2022, and ending on or about May 9, 2023, in Marshall County, within the Northern District of West Virginia, and elsewhere, defendants **LINDA NICOLA HAMILTON, aka "Nikki," K C VANOVER, DAVID J. GUTHRIE, aka "Dave," ADAM STASEL, NICOLAS L. WILLIAMS, aka "Nic," DONALD WOOD, aka "Donnie,"** and others, did unlawfully, knowingly, and intentionally combine, conspire, confederate, agree, and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

(Possession with Intent to Distribute Methamphetamine)

On or about November 9, 2022, in Wetzel County, in the Northern District of West Virginia, defendant **LINDA NICOLA HAMILTON, aka "Nikki,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute methamphetamine, also known as "ice," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Distribution of Methamphetamine)

On or about April 11, 2023, in Marshall County, in the Northern District of West Virginia, defendant **LINDA NICOLA HAMILTON, aka "Nikki,"** did unlawfully, knowingly, intentionally, and without authority, distribute methamphetamine, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Distribution of Methamphetamine)

On or about April 17, 2023, in Marshall County, in the Northern District of West Virginia, defendant **ADAM STASEL**, did unlawfully, knowingly, intentionally, and without authority, distribute methamphetamine, also known as "ice," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Possession with Intent to Distribute Methamphetamine)

On or about April 19, 2023, in Marshall County, in the Northern District of West Virginia, defendant **LINDA NICOLA HAMILTON, aka "Nikki,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute methamphetamine, also known as "ice," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

(Possession with Intent to Distribute Methamphetamine)

On or about May 9, 2023, in Ohio County, in the Northern District of West Virginia, defendant **DAVID J. GUTHRIE, aka "Dave,"** did unlawfully, knowingly, intentionally, and without authority, possess with the intent to distribute methamphetamine, also known as "ice," a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853, and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense, including:

(1) The following seized during the execution of a search warrant in Moundsville, West Virginia, on April 27, 2023:

    a. 1911 pistol, serial number HSI363756;

    b. Brown and green Glock pistol, serial number SSC016110;

    c. Black Glock pistol, serial number BPVU795;

    d. 16-gauge Winchester, serial number C281679;

    e. Erma-Werke 22, serial number 01412;

    f. Ruger 22, serial number 23489542;

    g. Remington Model 415 22, serial number RM00492A; and

    h. Knight 50 caliber black powder, serial number 335519.

(2) The following seized during the execution of a search warrant in Jacobsburg, Ohio, on April 27, 2023:

    a. Smith & Wesson six round revolver, serial number 354704;

    b. Black pistol with wood grips, serial number 22524;

    c. Hellcat Springfield pistol, serial number BY147052;

    d. JC Higgins 16-gauge, no serial number; and

    e. Old style rifle with wood stock, no serial number.

(3) The following seized during the execution of a search warrant in Benwood, West

Virginia, on April 27, 2023:

    a. Springfield model 187 .22 LR, serial number B652872.

(4) Any associated ammunition.

A True Bill:

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Clayton J. Reid
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney