IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                                                          Case No.:  5:23CR43-6 (BAILEY)

**DONALD WOOD,**

       **Defendant.**

### BOND REVOCATION HEARING ORDER

On December 19, 2023, came the United States of America ("Government"), by Clayton J. Reid, Assistant United States Attorney, and also came Defendant, in person and by counsel, James Zimarowski, Esq., for a hearing on the Petition for Action on Conditions of Pretrial Release, in accordance with 18 U.S.C. § 3148 and the Bail Reform Act, 18 U.S.C. § 3142(f). The Probation Officer was also present.

On June 13, 2023, Defendant, Donald Wood, was placed on Pretrial Release under various conditions. ECF No. 19.  On December 12, 2023, the Probation Office filed a petition with the Court recommending action based upon alleged violations of the terms of Defendant's pretrial release.  ECF No. 152.  Defendant was arrested on December 13, 2023, and an Initial Appearance was held on the same date.  On December 19, 2023, the Court held a Bond Revocation Hearing. During the hearing, Defendant, by and through his counsel, advised the Court that he wished to waive his right to a Bond Revocation Hearing.

Accordingly, the Court **FINDS** that, following consultation with counsel, Defendant knowingly and intelligently waived the right to a Bond Revocation Hearing. Therefore, and based on Defendant's waiver, the Court **FINDS** there is clear and convincing evidence that Defendant

has violated the conditions of release and that Defendant is unlikely to abide by any condition or combination of conditions of release. Accordingly, it is **ORDERED** that Defendant's pretrial bond is **REVOKED,** the Government's Motion [156] for detention is **GRANTED**, and the Defendant is **REMANDED** to the custody of the United States Marshals Service.

The Court further **ORDERS** that:

1. Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for a court appearance.

The Court **DIRECTS** the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia, the United States Marshals Service, and the United States Probation Office.

ENTERED: 12/19/2023        */s/ James P. Mazzone*
                          JAMES P. MAZZONE
                          UNITED STATES MAGISTRATE JUDGE

2